# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO.    7:18-CV-329 |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **NOTICE OF CONDEMNATION** |
| | § | |
| 65.791 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND THE ROMAN | § | |
| CATHOLIC DIOCESE OF | § | |
| BROWNSVILLE, TEXAS, ACTING BY | § | |
| AND THROUGH ITS BISHOP, THE | § | |
| MOST REVEREND DANIEL E. FLORES, | § | |
| AS BISHOP OF THE ROMAN CATHOLIC | § | |
| DIOCESE OF BROWNSVILLE, AND FOR | § | |
| HIS SUCCESSORS IN OFFICE, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**TO:        ALL NAMED IN SCHEDULE "G" ATTACHED HERETO**

You are hereby notified that a Complaint in Condemnation and a Declaration of Taking have heretofore been filed in the Office of the Clerk of the above-named Court in an action to condemn certain interests, described in Schedule "E" attached hereto, for public uses in the property described in Schedules "C" and "D" attached hereto (hereinafter referred to as "Subject Property"). The authority for the taking is set forth in Schedule "A" attached hereto, and the uses for which Subject Property is to be taken are set forth in Schedule "B" attached hereto.

The estimated just compensation for the stated interests in the Subject Property is set forth in Schedule "F" attached hereto.

You are further notified that if you have any objection or defense to the taking of your property, you are required to serve upon plaintiff's attorney at the address herein designated within twenty-one (21) days after service of this notice upon you, an answer identifying the property in

which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections or defenses to the taking of your property. A failure to serve an answer shall constitute a consent to the taking and to the authority of the Court to proceed to hear the action and to fix just compensation, and shall constitute a waiver of all defenses and objections not presented.

You are further notified that if you have no objection or defense to the taking, you may serve upon plaintiff's attorney a notice of appearance designating the property for which you claim to have an interest in, and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein, and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/John A. Smith, III*
        **JOHN A. SMITH, III**
        Assistant United States Attorney
        Southern District of Texas No. 8638
        Texas Bar No. 18627450
        One Shoreline Plaza
        North Shoreline Blvd., Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 888-3111
        Facsimile: (361) 888-3234
        E-mail: jsmith112@usdoj.gov
        Attorney in Charge for Plaintiff

And

**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 548-2554
Facsimile: (956) 548-2776
E-mail: Megan.Eyes@usdoj.gov
Attorney for Plaintiff

# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds which shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-2212
Owner: ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY
AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS
BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR
HIS SUCESSORS IN OFFICE, et al.
Acreage: 4.781

As identified in the Warranty Deed, Document #: 1999-814019, recorded on October 12,
1999, in the Deed Records of Hidalgo County:

BEGINNING at a 3-inch steel pipe with nail found in the northwest boundary line of the
300-acre reserve and being the west corner of a 35.81-acre tract as recorded in Volume
1214, Page 1014, Deed Records, said 3-inch steel pipe also being in the southwest line of
the International Boundary and Water Commission (IBWC) River Levee as recorded in
Volume 488, Page 636, Deed Records;

**Thence**, departing said northwest boundary line with the southwest boundary line of the said
35.81-acre tract and IBWC River Levee, same being the northeast boundary line hereof,

S. 01° 57' 36" W., 109.56 feet

to a 3-inch steel pipe with nail found for an angle point;

**Thence**, containing along said boundary lines,

S. 15° 03' 15" E., 138.90 feet

to a 3-inch steel pipe with nail found for an angle point;

**Thence**, continuing along said boundary lines,

S. 74° 56' 45" W., 40.22 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

S. 15° 11' 20" E., 183.69 feet

to a ½-inch steel rod set at the northernmost corner of the U.S.A. Tract 332a, as recorded in Volume 2825, Page 116, Deed Records;

**Thence,** departing said southwest boundary line with the northwest boundary line of said Tract 332a,

S. 60° 28' 10" W., 111.88 feet

to a United States Fish and Wildlife Service (USFWS) aluminum monument found for a corner;

**Thence,** continuing along the said northwest boundary line,

N. 29° 31' 50" W., 110.00 feet

to a USFWS aluminum monument found for a corner;

**Thence,** continuing along the said northwest boundary line,

S. 60° 28' 10" W., 85.00 feet

to a USFWS aluminum monument found for a corner;

**Thence,** continuing along the said northwest boundary line,

S. 29° 31' 50" E., 40.00 feet

to a USFWS aluminum monument found for a corner;

**Thence,** continuing along the said northwest boundary line,

S. 60° 28' 10" W., 120.00 feet

to a ½-inch steel rod set for a corner;

**Thence,** continuing along the said northwest boundary line,

N. 29° 31' 50" W., 70.00 feet

to a USFWS aluminum monument found for a corner;

**Thence,** continuing along the said northwest boundary line,

S. 60° 27' 07" W., 272.37 feet

to a ½-inch steel rod set at the south corner of the tract herein described;

Thence, departing said northwest boundary line of tract 332a with the southwest boundary line of the tract herein described,

N. 29° 32' 53" W., 255.91 feet

to a ½-inch steel rod set in the northwest boundary line of the said 300-acre reserve for the west corner of the tract herein described;

Thence, along the said northwest boundary line,

N. 60° 28' 10" E., 765.72 feet

to the POINT OF BEGINNING and containing 4.781 acres of land, more or less.

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: RGV-MCS-2212
Owner: ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY
AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS
BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR
HIS SUCESSORS IN OFFICE, et al.
Acreage: 4.781
* The case caption identifies acreage for the entire parent tract; Access to the entire
parent tract may be necessary to complete a survey of the proposed tract outlined in red
on the map above.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-2217
Owner: ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY
AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS
BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR
HIS SUCESSORS IN OFFICE, et al.
Acreage: 61.01

As identified in the Warranty Deed, Document #: 1999-814019, recorded on October 12,
1999, in the Deed Records of Hidalgo County and identified in Warranty Deed,
Document #: 2011-2219429, recorded on July 1, 2011, in the Deed Records of Hidalgo
County.

BEGINNING at a ½-inch steel rod set in the southwest right-of-way (R.O.W.)
line of FM 494 for the east corner of this tract and the north corner of a 72.95-
acre tract recorded in Volume 1214, Page 1014, Deed Records, Hidalgo
County, Texas;

**Thence**, departing said southwest R.O.W. line, with the northwest boundary
line of the 72.95 acre tract,

S. 55° 58' 30" W., 823.58 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said northwest boundary line,

S. 57° 18' 38" W., 897.67 feet

to a ½-inch steel rod set at the west corner of the said 72.95 acre tract and
being in the northeast boundary line of U.S.A. Tract (326C) as recorded in
Volume 1510, Page 87, Deed Records, same being the southwest line of
the International Boundary and Water Commission (IBWC) River Levee as
recorded in Volume 488, Page 636, Deed Records;

**Thence**, along the southwest line of the IBWC River Levee, the northeast
boundary line of U.S.A. Tract (326C),

N. 30° 31' 34" W., 320.68 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 29° 38'34" W., 369.00 feet

to a 3-inch steel pipe with nail found for an angle point;

**Thence**, continuing along said boundary lines,

S.60° 21'26"W., 125.00 feet

To a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 30° 23'34" W., 496.50 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 58° 20'47"E., 124.64 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 31° 22'46"W., 400.00 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 22° 34'46"W., 457.20 feet

to a ½-inch steel rod set for an angle point;

**Thence**, continuing along said boundary lines,

N. 21° 01'46"W., 733.80 feet

to a 3-inch steel pipe with nail found for an angle point;

**Thence**, continuing along said boundary lines,

N. 14° 16' 57" W., 222.67 feet

to a ½-inch steel rod set for the west corner of the tract herein described, same being the north corner of U.S.A. Tract (326C), and the south corner of a 35.81-acre tract as recorded in Volume 1214, Page 1014, Deed Records;

**Thence**, along the southeast boundary line of the 35.81 acre tract,

N. 79° 32' 10" E., 1,466.24 feet

to a ½-inch steel rod set in the southwest R.O.W. line of F.M. 494 for the north corner of the tract herein described, same being the east corner of the said 35.81-acre tract;

**Thence**, along the southwest R.O.W. line of FM 494,

S. 29° 42' 39" E., 157.54 feet

to a ½-inch steel rod found at the point of curvature of a curve to the left having a central angle of 18° 51' 46", a radius of 372.40, and a tangent of 61.86 feet;

**Thence**, continuing along the southwest R.O.W. line of F.M. 494 and the arc of said curve to the left,

122.60 feet

to a ½-inch steel rod set for the point of tangency;

**Thence**, continuing along the southwest R.O.W. line of F.M. 494,

S. 29° 42' 39" E., 78.53 feet

to a ½-inch steel rod found at the point of curvature of a curve to the left having a central angle of 04° 44' 23", a radius of 5779.58 feet, and a tangent of 239.19 feet;

**Thence**, continuing along the southwest R.O.W. line of F.M. 494 and the arc of said curve to the left,

478.11 feet

to a ½-inch steel rod set for the point of tangency;

**Thence**, continuing along the southwest R.O.W. line of F.M. 494,

S. 34° 27' 02" E., 1,563.00 feet

to the POINT OF BEGINNING and containing 100.900 acres of land, more or less.

EXCEPTING
A 39.89- acre tract of land situated in Porcion Number 56 and Porcion Number 57, City of Mission, Hidalgo County, Texas, said 39.89-acre tract being part of that called 100.900-acre tract of land known as Tract I described in Special Warranty Deed to Catholic Diocese of Brownsville as recorded in Document Number 814019 of the Deed Records of Hidalgo County, Texas (D.R.H.C.T.), said 39.89- acre tract being more particularly described as follows:

BEGINNING at a ½-inch iron rod set with yellow plastic cap stamped "HALFF ASSOC." (hereinafter referred to as "with cap") for the North corner of herein described 39.89-acre tract, said point being the intersection of the Southeast line of a tract of land described in Special Warranty Deed to Hunt Valley Industrial I, L.P. as recorded in Document Number 1153789, Deed Records Hidalgo County, Texas, (previously described as a called 35.81-acre tract of land described in Deed to Allan Shivers as recorded in Volume 1214, Page 1014, Deed Records Hidalgo County, Texas, with the common Northeast line of the aforementioned 100.900-acre tract and the Southwest right-of-way line of F.M. 494 (a 100-foot wide right-of-way), from which point a 5/8-inch iron rod found bears N. 29°, 43', 29" W., 5.26 feet;

**Thence**, S. 29°, 43', 29" E, with the common Northeast line of said 100.900- acre tract, the Southwest right-of-way line of said F.M. 494 and the Northeast line of the herein described 39.89-acre tract, a distance of 152.28 feet to the point of curvature of a non-tangent circular curve to the left having a radius of 372.40 feet, whose chord bears S. 20°, 17', 36" E., 122.05 feet, from which point a 5/8-inch iron rod found bears S. 29°, 43', 29" E., 0.21 of a foot;

**Thence**, Southerly, continuing with said common line and with said curve, through a central angle of 18°, 51', 47", an arc distance of 122.60 feet to the point of tangency, from which point a 5/8- inch iron rod found bears S. 52°, 37', 19" E., 0.54 of a foot;

**Thence**, S. 29°, 43', 29" E, continuing with said common line, a distance of 78.53 feet to the point of curvature of a tangent circular curve to the left having a radius of 5,779.58 feet, whose chord bears S. 32°, 05', 41" E., 477.97 feet, from which point a 5/8-inch iron rod found bears S. 75°, 05', 10" W., 0.38 of a foot;

**Thence**, Southeasterly, continuing with said common line and with said curve, through a central angle of 04°, 44', 23", an arc distance of 478.11 feet to the point of tangency, from which point a 5/8-inch iron rod found bears N. 85°, 53', 43" E., 0.30 of a foot;

**Thence**, S. 34°, 27', 52" E., continuing with said common line, a distance of 448.72 feet to a ½-inch iron rod set with cap for the East corner of the herein described 39.89-acre tract, from which point a 5/8-inch iron rod found bears S. 34°, 27', 52" E., 721.83 feet;

**Thence**, S. 55°, 45', 53" W., departing said common line, over and across said 100.900-acre tract and with the South line of the herein described 39.89-acre tract, a distance of 1,237.70 feet to a ½-inch iron rod set with cap for the South corner of the herein described 39.89-acre tract, said point being 400.00 feet Northeast of the common Southwest line of a called 15.58-acre tract of land described in Easement Deed from County to United States of America (Levees) as recorded in Volume 492, Page 445, Deed Records of Hidalgo County, Texas, the Northeast line of called 247.68-acre tract of land known as Tract 26C described in Warranty Deed to The United States of America as recorded in Volume 1510, Page 87, Deed Records of Hidalgo County, Texas, and the Southwest line of said 100.900 acre tract;

**Thence**, N. 31°, 22', 59" W., continuing over and across said 100.900-acre tract, 400.00 feet Northeast of and parallel to said common line and with the Westerly line of the herein described 39.89-acre tract, a distance of 449.20 feet to a ½-inch iron rod set with cap for a West corner of the herein described 39.89-acre tract;

**Thence**, N. 22°, 34', 59" W., continuing over and across said 100.900-acre tract, 400.00 feet Northeast of and parallel to said common line and with the Westerly line of the herein described 39.89-acre tract, a distance of 420.90 feet to a ½-inch iron rod set with cap for a West corner of the herein described 39.89-acre tract;

**Thence**, N. 21°, 01', 59" W., continuing over and across said 100.900-acre tract, 400.00 feet Northeast of and parallel to said common line and with the westerly line of the herein described 39.89-acre tract, a distance of 705.02 feet to a ½-inch iron rod set with cap for a West corner of the herein described 39.89 acre tract;

**Thence**, N. 14°, 13', 59" W., continuing over and across said 100.900-acre tract, 400.00 feet Northeast of and parallel to said common line and with the westerly line of the herein described 39.89-acre tract, a distance of 171.25 feet to a ½-inch iron rod set with cap for the Northwest corner of the herein described 39.89-acre tract, said point being on the Southeast line of the aforementioned 35.81-acre tract, from which point a 1-inch iron pipe found bears the following two calls: S. 79°, 44', 17" W., a

distance of 400.96 feet and N. 14°, 13', 59" W., a distance of 88.13 feet;

**Thence**, N. 79°, 44', 17" E., with the Southeast line of said 35.81-acre tract, a distance of 1,066.35 feet to the POINT OF BEGINNING.

For a total of 61.01 acres

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

**Catholic Diocese Of Brownsville**

**RGV Sector/ Hidalgo County**



**Exhibit A**

## LAND TO BE CONDEMNED

Tract: RGV-MCS-2217
Owner: ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY
AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS
BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR
HIS SUCESSORS IN OFFICE, et al.
Acreage: 61.01
* The case caption identifies acreage for the entire parent tract; access to the entire
parent tract may be necessary to complete a survey of the proposed tract outlined in red
on the map above.

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Hidalgo County, Texas

Tracts: RGV-MCS-2212 and RGV-MCS-2217
Owner: ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY
AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS
BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR
HIS SUCESSORS IN OFFICE, et al.
Acreage: 4.781 (RGV-MCS-2212) and 61.01 (RGV-MCS-2217) for a total of 65.791

The estate taken is a temporary, assignable easement beginning on the date that
possession is granted to the United States and ending 12 months later, consisting of the
right of the United States, its agents, contractors, and assigns to enter in, on, over and across
the land described in Schedule C to survey, make borings, and conduct other investigatory
work for the purposes described in Schedule B and to access adjacent lands; including the
right to trim or remove any vegetative or structural obstacles that interfere with said work;
reserving to the landowners, their successors and assigns all rights, title, and privileges as
may be used and enjoyed without interfering with or abridging the rights hereby acquired;
subject to minerals and rights appurtenant thereto, and to existing easements for public
roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCESSORS IN OFFICE** P.O. Box 2279 Brownsville, Texas 78522 | RGV-MCS-2212 October 12, 1999 - Special Warranty Deed-Document # 1999-814019; Deed Records of Hidalgo County |
| **City of Mission, Texas, a Texas Municipal Corporation** 1201 E 8th Street Mission, Texas 7857 | RGV-MCS-2212 March 12, 2007 – Lease Agreement |
| **ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCESSORS IN OFFICE** P.O. Box 2279 Brownsville, Texas 78522 | RGV-MCS-2217 October 12, 1999 - Special Warranty Deed-Document # 1999-814019; Deed Records of Hidalgo County and July 1, 2011 - Warranty Deed-Document # 2011-2219429, Deed Records of Hidalgo County |