

NOV 16 2018

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:18-CV-329 |
| 65.791 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCCESSORS IN OFFICE, ET AL., | § § § § § § § § § § § § | #H04084380 |
| Defendants. | § § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on November 16, 2018, I received from the United States of America, Plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01826370, dated October 26, 2018, for the total sum of ONE HUNDRED DOLLARS AND NO CENTS, being the estimated amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk