IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| *Plaintiff* | § § | |
| v. | § § | CASE NO. 7-18-CV-329 |
| 65.791 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCCESSORS IN OFFICE, ET AL., | § § § § § § § § § § § § | |
| *Defendants* | § | |

### DEFENDANT ROMAN CATHOLIC DIOCESE OF BROWNSVILLE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER OF IMMEDIATE POSSESSION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT **ROMAN CATHOLIC DIOCESE OF BROWNSVILLE** (hereinafter at times referred to as "Defendant") and files this response in opposition to the Plaintiff's motion for order of immediate possession and would respectfully show the Court as follows:

1. Defendant filed its original answer on November 6, 2018 setting out numerous detailed objections and defenses to the proposed taking of the property. Included

among the objections and defenses were raising the First Amendment of the United States Constitution would affect the Defendant's free exercise of its religion.

2. This Honorable Court has set an initial conference in the case for January 9, 2019.

3. The affidavit attached to the motion for order of immediate possession does not adequately and fully set out why immediate possession is necessary. In fact, in Section 4, references are made to doing various studies which as the Plaintiff knows have already been waived by an entry in the Federal Register on October 11, 2018.

4. The affidavit does not say how long the survey contracts have been awarded for. Moreover, the request for the order of immediate possession requests a twelve month period. The Court could probably take judicial knowledge of the fact that to go on and perform a survey of the corners of the property and the specific property the Government proposes to take could probably be accomplished in one or two days at the most. And therefore, not issuing an order at this time will not delay the Plaintiff at all in its efforts.

5. Defendant would show that the temporary right of possession would not be minimally intrusive but would in fact greatly intrude upon the Defendant's property and First Amendment Right of freedom of religion.

6. The Defendant again reiterates its objection to the amount of just compensation as being very inadequate. But the real basis of Defendant's complaint is all the other objections and defenses relied upon in its answer.

WHEREFORE PREMISES CONSIDERED, Defendant Roman Catholic Diocese of Brownsville requests the following:

**DEFENDANT ROMAN CATHOLIC DIOCESE OF BROWNSVILLE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER OF IMMEDIATE POSSESSION**
s:\dcg\diocese\B-101\Response-Opposition

Page 2

1. An order be entered denying Plaintiff's motion for order of immediate possession;

2. That such a motion not be considered until at least or after the initial conference already set for January 9, 2019;

3. That the Court consider all the Defendant's objections and defenses in deciding whether to issue such an order for immediate possession;

4. In the alternative, that if the Court was inclined to grant an order for immediate possession that reasonable restrictions be placed on the Plaintiff as to when it may enter the property and prior notices that it must give to the Defendant prior to entering on to the property; and

5. That the Court grant the Defendant such other and further relief as the Court deems proper.

        Respectfully submitted,
        **ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, Defendant**

By:    */s/ David C. Garza*
        **David C. Garza (Attorney in charge)**
        Texas State Bar No. 07731400
        Southern District of Texas ID No. 3778
        dgarza@garzaandgarza.com
        GARZA & GARZA, L.L.P.
        680 East St. Charles, Suite 300
        P.O. Box 2025
        Brownsville, Texas 78522-2025
        Telephone: (956) 541-4914
        Fax: (956) 542-7403
        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2018, I electronically filed the foregoing original answer by Defendant with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and that I emailed a copy to the following:

**John A. Smith III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel.: (361) 888-3111
Fax: (361) 888-3234
Email: jsmith112@usdoj.gov

**Megan Eyes**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78526
Tel.: (956) 548-2554
Fax: (956)h 548-2776
Email: megan.eyes@usdoj.gov

**Jessica A. Nathan**
Assistsant United States Attorney
Southern District of Texas No. 3313572
Texas Bar No. 24090291
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78526
Tel.: (956) 618-8010
Fax: (956) 618-8016
Email: jessica.nathan@usdoj.gov

                                                               /s/ ***David C. Garza***
                                                                  David C. Garza