IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO.   7:18-CV-329 |
| 65.791 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCCESSORS IN OFFICE, ET AL., | | |
| *Defendants.* | | |

### PLAINTIFF UNITED STATES OF AMERICA'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. The Roman Catholic Diocese of Brownsville, Texas, Acting by and through its Bishop, The Most Reverend Daniel E. Flores, as Bishop of The Roman Catholic Diocese of Brownsville, and for His Successor in Office, in Brownsville, Texas, c/o Attorney David C. Garza, identified as an interested party in Schedule G of the Complaint;

2. United States of America, Plaintiff.

        Respectfully submitted,

        **RYAN K. PATRICK**
        United States Attorney
        Southern District of Texas

By:   *s/ John A. Smith, III*
        **JOHN A. SMITH, III**
        Assistant United States Attorney
        Southern District of Texas No. 8638
        Texas Bar No. 18627450
        One Shoreline Plaza
        North Shoreline Blvd., Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 888-3111
        Facsimile: (361) 888-3234
        E-mail: jsmith112@usdoj.gov
        Attorney in Charge for Plaintiff

        and

        **MEGAN EYES**
        Assistant United States Attorney
        Southern District of Texas No. 3135118
        Florida Bar No. 0105888
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78526
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Megan.Eyes@usdoj.gov
        Attorney for Plaintiff

        and

        **JESSICA A. NATHAN**
        Assistant United States Attorney
        Southern District of Texas No. 3313572
        Texas Bar No. 24090291
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78526
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Jessica.Nathan@usdoj.gov
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I, John A. Smith, III, Assistant United States Attorney, hereby certify that on November 23, 2018, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

        By: *s/ John A. Smith, III*
           **JOHN A. SMITH, III**
           Assistant United States Attorney