IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:18-CV-329 |
| 65.791 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, TEXAS, ACTING BY AND THROUGH ITS BISHOP, THE MOST REVEREND DANIEL E. FLORES, AS BISHOP OF THE ROMAN CATHOLIC DIOCESE OF BROWNSVILLE, AND FOR HIS SUCCESSORS IN OFFICE, ET AL., | § § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER ON ROMAN CATHOLIC DIOCESE OF BROWNSVILLE'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR IMMEDIATE POSSESSION**

After considering Defendant's Unopposed Motion for Leave to File a Supplemental Brief in Opposition to Plaintiff's Motion for Immediate Possession, the Court GRANTS the motion as follows:

a. Defendant may file a supplemental brief in opposition to Plaintiff's motion for immediate possession no later than December 31, 2018;

b. Plaintiff may file a brief in response no later than January 10, 2018;

c. The initial pretrial conference is rescheduled to _____, 2019, at _____.

Signed on this _____ day of _____, 2018.

_____
Randy Crane
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 20, 2018, I electronically filed the foregoing motion and proposed order by Defendant with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record and that I emailed a copy to all the parties in this case.

/s/ *David C. Garza*