United States District Court
Southern District of Texas
**ENTERED**
February 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | §   CIVIL ACTION NO. 7:18-CV-329 |
| | § |
| 65.791 ACRES OF LAND, MORE OR LESS, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on March 6, 2019, at 9**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Court is setting this status conference in the event the parties are not able to agree on the form of an order granting access as was addressed at the hearing on February 6, 2019. Additionally, there may be a few other matters the parties should address with the Court before the case is ready to be dismissed or administratively closed.  For example, how to address the contingency of a failure to comply with the access order, how to address the contingency of a third party interfering with the access order, how to address the contingency of a need for extension of the access order, etc.  The Court is open to allowing counsel from outside this area to attend by phone if desired.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 8th day of February, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge